IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEVIE EVANS                                                              PLAINTIFF

v.                        Case No. 4:11-CV-04024

CAPTAIN HARTLINE                                                          DEFENDANT

**O R D E R**

On this 23rd day of June 2011, there comes on for consideration the Report and Recommendation (Doc. 7) filed in this case on April 26, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's request to proceed *in forma pauperis* (Docs. 4-5) is **DENIED**. Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE.**

The dismissal of this case constitutes a strike under the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). The Clerk is therefore directed to place a § 1915(g) strike flag on the case.

IT IS SO ORDERED this 23rd day of June 2011.

/s/Paul K. Holmes, III
_____
**PAUL K. HOLMES, III
UNITED STATES DISTRICT JUDGE**